Jamie M. Evans, OSB 117604
Attorney for Plaintiff
Evans & Evans, PC
610 SW Broadway, Suite 405, Portland, OR 97205
Ph.: 503-200-2723; Fax: 503-200-2701
Jamie@evans-evans.com

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| VALERIE A. DEGROOT,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner, Social Security Administration.<br><br>    Defendant. | Case No. 3:17-cv-01774-YY<br><br>**ORDER FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |

It is hereby ORDERED that attorney fees in the amount of $10,995.96 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The parties agree that attorney fees in the amount of $10,995.96 will be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, Jamie Evans: 610 SW Broadway, Suite 405, Portland, OR 97205. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and

EXHIBIT C (PROPOSED ORDER)—PLAINTIFF'S UNOPPOSED
APPLICATION FOR ATTORNEY FEES UNDER
THE EQUAL ACCESS TO JUSTICE ACT - 1

JAMIE EVANS
Evans & Evans, PC
610 SW Broadway, Suite 405
Portland, OR 97205
Ph. 503-200-2723/F.503-200-2701

mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this ___14th___ day of December, 2018.

                                                  /s/Youlee Yim You_____
                                                  Magistrate Judge Youlee Yim You

Proposed Order Submitted: December 14, 2018

**/s/ Jamie M. Evans**
Jamie M. Evans, OSB 117064
Attorney for Plaintiff
Evans & Evans, PC
610 SW Broadway, Suite 405
Portland, OR 97205
Ph: 503-200-2723
Fax: 503-200-2701
Email: Jamie@evans-evans.com

EXHIBIT C (PROPOSED ORDER)—PLAINTIFF'S UNOPPOSED APPLICATION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT - 2

JAMIE EVANS
Evans & Evans, PC
610 SW Broadway, Suite 405
Portland, OR 97205
Ph. 503-200-2723/F.503-200-2701